UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 3:07-CV-375 ) (Phillips) |
| KNOXVILLE ZOOLOGICAL GARDENS, INC., | ) ) |
| Defendant. | ) |

## ORDER

The parties have jointly moved to continue the trial of this case which is presently scheduled for July 28, 2009. In support of their motion, the parties state that they need additional time to complete discovery and to explore settlement in the case. Accordingly, for the good cause stated, the parties' joint motion to continue the trial of this case [Doc. 15] is **GRANTED.**

1. The trial of this case is continued and shall commence on **October 5, 2010.**

2. A final pretrial conference shall be held in this case on **September 29, 2010 at 1:00 p.m.**

3. The defendant's motion for summary judgment [Doc. 9] is **DENIED**, as premature. Defendant is granted leave to refile the motion after the parties have completed discovery.

4. All deadlines contained in the scheduling order previously entered in this case [Doc. 6] shall be adjusted to correspond to the new trial date.

**IT IS SO ORDERED**.

              **ENTER:**

             s/ Thomas W. Phillips
             United States District Judge